IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| HASSE CONSTRUCTION COMPANY, INC., an Illinois Corporation, | ) ) |
| *Plaintiff*, | ) |
| vs. | ) |
| GARY SANITARY DISTRICT BOARD OF COMMISSIONERS, an Executive Department of the City of Gary, an Indiana Municipal Corporation, and RUDOLPH CLAY, as Special Administrator of the Gary Sanitary District, | ) ) ) ) ) ) Case No. 2:06cv322WL |
| *Defendants/Third Party Plaintiffs,* | ) |
| vs. | ) ) |
| ALAN WISEMAN, individually and d/b/a UNITED WATER, GREELEY AND HANSEN, LLC, and WHITE RIVER ENVIRONMENTAL PARTNERSHIP, | ) ) ) ) ) |
| *Third Party Defendants.* | ) |

**THIRD PARTY DEFENDANTS' JOINDER OF CO-THIRD PARTY DEFENDANT GREELEY AND HANSEN LLC'S MOTION TO DISMISS COUNT I OF AMENDED THIRD PARTY COMPLAINT AND TO STRIKE REQUESTS FOR PUNITIVE DAMAGES AND ATTORNEYS FEES**

Third Party Defendants Alan Wiseman (hereinafter separately referred to as "Wiseman" and jointly with United Water and White River Environmental Partnership as one of the "White River Parties"), United Water Services Inc., incorrectly pleaded as United Water (hereinafter separately referred to as "United Water" and jointly with Wiseman and White River Environmental Partnership as one of the "White River Parties") and White River Environmental Partnership, (hereinafter referred to separately as, "WREP" and jointly with Wiseman and United Water as one of the "White River Parties"), and by and through their undersigned counsel, joins Co-Third Party Defendant Greeley and Hansen's Motion to Dismiss Count I of Amended Third Party Complaint and to Strike Punitive Damages and Attorneys Fees:

1. Third Party Plaintiffs filed a Third Party Complaint and Amended Third Party Complaint against the White River Parties and Greeley and Hansen.

2. The White River Parties filed its Answer to the Amended Third Party Complaint on March 13, 2008.

3. Greeley and Hansen filed its Answer to the Amended Third Party Complaint and also a Motion to Dismiss Court 1 of Amended Third Party Complaint and to Strike Requests for Punitive Damages and Attorneys Fees.

4. Pursuant to Fed. R. Civ. P. 15(a) the White River Parties filed an Amended Answer to the Amended Third Party Complaint, as a matter of course, on April 2, 2008.

5. The White River Parties seek to join Greeley and Hansen's Motion to Dismiss in its entirety, as a matter of course.

6. If Joinder of Greeley and Hansen's Motion as a matter of course is not allowed then the White River Parties seek leave to join Greeley and Hansen's Motion to Dismiss.

The White River Parties join Greeley and Hansen's Motion to Dismiss and respectfully requests this Court enter an Order (i) dismissing Count I of the Amended Third Party Complaint with prejudice, and (ii) striking Third Party Plaintiffs' request for punitive damages and attorneys fees.

Respectfully submitted,

White River Environmental Partnership


By:  /s/ Sean P. Connolly

Hans U. Stucki
Sean P. Connolly
150 N. Michigan Avenue, 35th Floor
Chicago, Illinois 60601
Phone: (312) 499-1400
Fax: (312) 845-1998
jschmidt@ebglaw.com

Dated: April 2, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2008, a true and accurate copy of the above Third Party Defendants' Joinder of Co-Third Party Defendant Greeley and Hansen LLC's Motion to Dismiss Court I of Amended Third Party Complaint and to Strike Requests for Punitive Damages and Attorneys Fees was served upon all counsel and parties of record via U.S. Mail and/or by electronic case filing (ECF).

/s/ Sean P. Connolly

## Service List

John M. Kopack
Kopack & Associates
9111 Broadway, Ste GG
P.O. Box 10607
Merrillville, IN 46411

Patrick A. Mysliwy
Stephen M. Maish
Maish and Mysliwy
5248 Hohman Ave, Ste 200
Hammond, IN 46320

Jennifer J. Kalas
Hinshaw & Culbertson LLP
322 Indianapolis Blvd, Suite 201
Schererville, IN 46375

Kevin R. Sido
Renee C. Choy
Hinshaw & Culbertson LLP
222 N. LaSalle St, Suite 300
Chicago, IL 60601-1081